**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PAUL BAUER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:15-CV-2050-P** |
| | ) | |
| **USB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, the undersigned District Judge is of the opinion that the Findings

and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and

Conclusions of the Court.

**SIGNED this 26th day of August, 2015.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**